Craig S. Summers (SBN 108688)
csummers@kmob.com
Michael K. Friedland (SBN 157217)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223370)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Attorneys for Plaintiff
89908 Inc., d/b/a AMP Research

Shawn P. Ryan (*admitted pro hac vice*)
spr@spryanlaw.com
LAW OFFICES OF SHAWN P. RYAN
425 Colfax Place
220 West Colfax Avenue
South Bend, IN 46601
Telephone: (574) 289-0909
Facsimile: (574) 968-0909
Attorneys for Defendant
T-MAX, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| 89908 Inc., d/b/a AMP Research, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MAX, LLC, an Indiana corporation, and QINGDAO T-MAX INDUSTRIAL TRADE CO., LTD., a China entity,<br><br>　　　　Defendants. | Case No. SACV08-00323 CJC (RNBx)<br><br>**[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff 89908 Inc., d/b/a AMP Research ("AMP Research") and Defendant T-MAX, LLC, and Stutz Industries, LLC, dba T-Max Industries, (collectively "T-MAX") hereby stipulate and consent to entry of final judgment as follows:

WHEREAS, AMP Research filed this lawsuit against T-MAX on March 24, 2008 asserting infringement U.S. Patents No. 6,641,158 ("the '158 patent") and U.S. Patent No. 6,830,257 ("the '257 patent"); and

WHEREAS, T-MAX, LLC filed an answer in this lawsuit on June 11, 2008, asserting defenses of non-infringement and invalidity of the '158 patent and the '257 patent; and

WHEREAS, T-MAX has represented that it is not currently selling the accused products in the United States, and the parties have settled all of their disputes in this Action and have agreed to entry of a Final Consent Judgment and Permanent Injunction as set forth herein;

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED THAT:

1. This Court has subject matter jurisdiction over this action as well as personal jurisdiction over T-MAX.

2. Venue is proper in this judicial district.

3. 89908, Inc. d/b/a AMP Research is the owner of the following United States Patents:

   U.S. Patent No. 6,641,158 issued April 20, 2004 and

U.S. Patent No. 6,830,257 issued December 14, 2004 (collectively, the "Leitner Patents").

4. The Leitner Patents are valid and enforceable.

5. T-MAX, LLC and/or its affiliated companies imported into the United States a retractable step device known as the "InStep" which is described and shown in the document attached hereto as Exhibit A.

6. T-MAX's "InStep" device infringes at least one claim of each of the Leitner Patents.

7. T-MAX, LLC and Stutz Industries, LLC, dba T-Max Industries, and their agents, representatives, parents, subsidiaries, affiliates, and related companies, employees, and those persons in active concert or participation with them who receive actual notice of this Order are hereby permanently enjoined from making, using, selling, offering for sale, or importing the "InStep" device and any merely colorable variations thereof.

8. AMP Research's claims for infringement of the '158 patent and the '257 patent are dismissed without prejudice to AMP Research's right to bring a lawsuit at a later date against T-MAX or any affiliates or related companies, for infringement of the '158 patent and/or the '257 patent.

9. AMP Research was awarded its attorneys' fees and costs incurred in bringing its motion to compel discovery responses in this action, in the

amount of $1,500, which has already been paid. For all other costs and attorneys' fees for this action, each party will bear its own costs and fees.

10. No other or further relief is granted to any party.

11. The parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

12. The Court retains jurisdiction over this Final Consent Judgment and Permanent Injunction for the purpose of ensuring compliance with the terms hereof.

**IT IS SO ORDERED:**

Dated: December 23, 2008   _____
                            UNITED STATES DISTRICT JUDGE

Approved as to form and content:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:_____ By:_____
                              Craig S. Summers
                              Michael K. Friedland
                              Lauren Keller Katzenellenbogen

                              Attorneys for Plaintiff, 89908 Inc., d/b/a AMP Research

LAW OFFICES OF SHAWN P. RYAN

Dated:_____ By:_____
                              Shawn P. Ryan

                              Attorney for Defendant T-Max, LLC, and Stutz Industries, LLC, dba T-Max Industries

3

|     |             |
| --- | ----------- |
| *1* | **EXHIBIT A** |
| *2* |             |
| *3* |             |
| *4* |             |
| *5* |             |
| *6* |             |
| *7* |             |
| *8* |             |
| *9* |             |
| *10* |            |
| *11* |            |
| *12* |            |
| *13* |            |
| *14* |            |
| *15* |            |
| *16* |            |
| *17* |            |
| *18* |            |
| *19* |            |
| *20* |            |
| *21* |            |
| *22* |            |
| *23* |            |
| *24* |            |
| *25* |            |
| *26* |            |
| *27* |            |
| *28* |            |

*1*
*2*
*3*
*4*
*5*
*6*
*7*
*8*
*9*
*10*
*11*
*12*
*13*
*14*
*15*
*16*
*17*
*18*
*19*
*20*
*21*
*22*
*23*
*24*
*25*
*26*
*27*
*28*

5